# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3644

_____

| | | |
|---|---|---|
| Joseph Dixon, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| City of Minneapolis Water | * | of Minnesota. |
| Department; Minneapolis Community | * | |
| Development Agency; Hennepin | * | [UNPUBLISHED] |
| County Economic Assistance Ramar | * | |
| Building; Minneapolis City Attorney's | * | |
| Office, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 6, 2004
Filed: July 9, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Joseph Dixon sued the City of Minneapolis Water Department and other local entities, asserting claims about the discriminatory delivery of water and sewer

services, economic assistance, and police protection. The district court[*] granted summary judgment in favor of defendants, and Dixon appeals.

Having carefully reviewed the record, we find Dixon's conclusory allegations of discrimination and other misconduct by defendants insufficient to avoid summary judgment in the face of defendants' evidence. See Krenik v. County of Le Sueur, 47 F.3d 953, 957 (8th Cir. 1995). Further, Dixon's claims either were or could have been brought in his earlier state court actions, and thus are barred by res judicata. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Dixon's pending motion.

_____

[*]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.